IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-02723-RM-MEH | Date: | June 10, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                          *Counsel:*

OLUSEGUN ADENOWO                                       Cathy Cooper

    Plaintiffs,

v.

DENVER PUBLIC SCHOOLS                                Holly Ortiz

    Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**10:55 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED**:

The Court will convert the discrimination (race and national origin) argument within the [23] Motion to Dismiss into a Motion for Summary Judgment. The deadline for the defendant to file a supplemental briefing to the Motion for Summary Judgment is July 20, 2015.

The remaining [23] Motion to Dismiss is TAKEN UNDER ADVISEMENT.

**11:48 a.m.**     **Court in recess.**     Hearing concluded.
Total in-court time    00:53

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.