IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02723-RM-MEH

OLUSEGUN ADENOWO,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS, a/k/a School District No. 1 in the County of Denver and State of Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2015**.

    For good cause shown, Plaintiff's Unopposed Motion to Amend Scheduling Order and Extend Time for Defendant's Supplemental Summary Judgment Briefing [filed July 1, 2015; docket #52] is **granted**. The discovery deadline is extended to **August 13, 2015**. Furthermore, the dispositive motion deadline for both parties to file supplemental briefing on summary judgment is extended to **August 30, 2015**.