IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02723-RM-MEH

OLUSEGUN ADENOWO,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS, a/k/a School District No. 1 in the County of Denver and State of Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2016**.

    The [Second] Joint Motion to Vacate Final Pretrial Conference and Proposed Final Pretrial Order Deadline and Reset Conference and Deadline [filed March 1, 2016; docket #108] is **granted** as follows. The Final Pretrial Conference scheduled for March 9, 2016, is hereby **vacated** and **rescheduled** to **May 10, 2016**, at **11:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    All other aspects of the minute order setting the Final Pretrial Conference remain in effect. *See* docket #107.